THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS GALE TITTSWORTH, Defendant-Appellant.

(No. 11169; )

Fourth District—April 16, 1971.

Opinion by Mr. JUSTICE CRAVEN.

A. L. Pezman, of Quincy, for appellant.

Robert J. Bier, State's Attorney, of Quincy, for the People.

ROBERT H. TUDOR, Plaintiff-Appellee, *v.* UNIVERSITY CIVIL SERVICE MERIT BOARD OF THE UNIVERSITY CIVIL SERVICE SYSTEM OF ILLINOIS *et al.,* Defendants-Appellants.

(No. 11215; )

Fourth District—February 25, 1971.

